IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Case No. 1:25-cr-00143-AJT-1 |
| MOHAMMAD SHARIFULLAH, | ) ) ) | |
| *Defendant.* | ) ) | |

**ORDER**

A status conference was held in this case on July 23, 2025, at which time the Court was advised that the United States will make available to the Defendant classified information and also received the parties' requests and proposals with respect to resolving any disputes concerning the use, relevance or admissibility of any classified information; having heard the positions of counsel for the United States and the Defendants, and after considering the timing of requests for discovery, the United States' stated intention to submit applications under the Classified Information Procedures Act ("CIPA"), 18 U.S.C. App. 3 § 4, the provision of notice required under Section 5 of CIPA, 18 U.S.C. App. 3 § 5, and the initiation of the procedure established under Section 6 of CIPA, and having provided an opportunity to the United States and the Defendant to be heard thereon, it is hereby **ORDERED** as follows:

1. The United States shall produce any classified documents to the Defendant on or before September 24, 2025. In the event that the United States seeks to delete specified items of classified information from documents to be made available to the defendant through discovery, to substitute a summary of the information for such classified documents, or to substitute a

statement admitting relevant facts that the classified information would tend to prove, the United States shall file any requests for such authorization with the Court by September 24, 2025.

    2.    In the event that the Defendant reasonably expect to cause the disclosure of classified information in any manner in connection with any trial or pretrial proceeding in this action or otherwise, the Defendant shall on or before November 3, 2025 notify in writing the counsel of record for the United States and also the Court. Such notice shall include a brief description of the classified information at issue. If the Defendant learn of additional classified information they reasonably expect to disclose in this proceeding, they shall provide supplemental notice to the United States and the Court as soon as possible thereafter and shall include a brief description of the classified information. The Defendant shall not disclose any information known or believed to be classified in connection to a trial or pretrial proceeding until notice has been given, as required herein, and the United States has been afforded a reasonable opportunity to proceed as set forth on paragraph 3 of this ORDER, and until the time for the United States to appeal any determination thereunder pursuant to Section 7 of CIPA has expired, or any such appeal is decided.

    3.    On November 19, 2025 at 9:00 a.m., the Court will conduct a hearing to make all determinations concerning the use, relevance, or admissibility of classified information that would otherwise be made during the trial or pretrial proceedings. At the time any such request is made, the United States shall provide to the Defendant notice of the specific classified information at issue.

    The Clerk is directed to forward copies of this Order to all counsel of record.

Alexandria, Virginia
July 24, 2025

/s/
Anthony J. Trenga
Senior United States District Judge