IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:25-CR-143 |
| MOHAMMAD SHARIFULLAH, | |
| Defendant | |

## ORDER TO SEAL

The UNITED STATES having moved to seal its motion to extend the CIPA Section 4 filing deadline in this matter; and

The COURT, having found that revealing the material sought to be sealed would reveal information that could harm the government and the defense; having considered the available alternatives that are less drastic than sealing, and finding none would suffice to protect the legitimate interest in protecting sensitive information; and finding that this legitimate government interest outweighs at this time any interest in the disclosure of the material; it is hereby

ORDERED, ADJUDGED, and DECREED that the government's Motion to Extend CIPA Section 4 filing deadline be sealed permanently.

/s/
Anthony J. Trenga
Senior United States District Judge

Date: Sept. 2, 2025
Alexandria, Virginia

THE HONORABLE ANTHONY J. TRENGA
UNITED STATES DISTRICT JUDGE