IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:25-cr-143-AJT |
| | ) | |
| MOHAMMAD SHARIFULLAH, | ) | |
| also known as "JAFAR," | ) | |
| | ) | |
| *Defendant*. | ) | |
| | ) | |

NOTICE OF APPEARANCE

This notice is to inform the Court that Avi Panth, Assistant United States Attorney for the Eastern District of Virginia, is entering an appearance in the above-captioned case.

                                                  Respectfully submitted,

                                                  Lindsey Halligan
                                                  United States Attorney

By:          /s/                         
      Avi Panth
      Virginia Bar Number 92450
      Assistant United States Attorney
      United States Attorney's Office
      2100 Jamieson Avenue
      Alexandria, VA 22314
      Phone: (703) 299-3700
      Fax: (703) 299-3982
      Avishek.Panth@usdoj.gov