IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:25-cr-00143-AJT-1 |
| MOHAMMAD SHARIFULLAH, | ) |
| | ) |
| *Defendant.* | ) |
| | ) |

**ORDER**

It is hereby

**ORDERED** that the docket call in this matter which is currently scheduled for November 19, 2025, be, and the same hereby is, RESCHEDULED to Monday, November 18, 2025 at 9:00 a.m., to coincide with the motion hearing in this matter which is also scheduled for that time.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
_____
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
October 29, 2025