IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                                               ) | Case No. 1:25-CR-143 |
| ) | |
| MOHAMMAD SHARIFULLAH              ) | |
| Defendant.                                               ) | |
| _____ ) | |

NOTICE PURSUANT TO § 5 OF THE
CLASSIFIED INFORMATION PROCEDURES ACT

Please take notice that Mr. Sharifullah filed his classified § 5 notice with the CISO.

Dated: November 3, 2025.

Respectfully Submitted,

By Counsel,

_____/s/_____
Geremy C. Kamens
Va. Bar No. 41596
Federal Public Defender
Lauren E. S. Rosen
VA Bar No: 98540
Assistant Federal Public Defender
Office of the Federal Public Defender
1650 King Street, Suite 500
Alexandria, Virginia 22314
(703) 600-0800
(703) 600-0880 (fax)
Lauren_Rosen@fd.org