IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                          )<br>)<br>MOHAMMAD SHARIFULLAH    )<br>)<br>Defendant                              ) | Case No. 1:25-CR-143 (AJT) |

ORDER

Good cause having been shown, the Government's Consent Motion to Continue the Trial Date is GRANTED, and it is hereby

ORDERED that the trial date in this case is continued until February 9, 2026. All non-CIPA motions shall be submitted by January 20, 2026. A motions hearing shall be held on February 4, 2026, at 9:00 AM in Alexandria Courtroom 900 before District Judge Anthony J. Trenga. Any CIPA-related hearings shall be held on December 9, 2025, at 9:00 AM in Alexandria Courtroom 900 before District Judge Anthony J. Trenga.

Dated: 11/05/2025
Alexandria, Virginia

Anthony J. Trenga
Senior U.S. District Judge