IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:25-CR-143 (AJT) |
| v. | ) | |
| | ) | |
| MOHAMMAD SHARIFULLAH | ) | |
| | ) | |
| Defendant | ) | |

ORDER

With good cause having been shown, the government's Consent Motion to Extend Time to File a Response is GRANTED, and it is hereby

ORDERED that the government shall file a response to the defendant's Motion to Disqualify Lindsey Halligan as Interim U.S. Attorney (ECF No. 57) and any subsequent related defense motion no later than January 20, 2026.

IT IS SO ORDERED.

/s/
Anthony J. Trenga
Senior United States District Judge

HON. ANTHONY J. TRENGA
Senior United States District Judge

Dated: Nov. 24, 2025
Alexandria, Virginia