IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:25-cr-143 |
| ) | |
| MOHAMMAD SHARIFULLAH, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S OPPOSITION TO THE GOVERNMENT'S SEALED MOTION (ECF 91) FILED ON JANUARY 20, 2026**

The defense has moved to disqualify Ms. Lindsey Halligan as United States Attorney, ECF 57, and to strike her name on pleadings in which she is listed as "United States Attorney and Special Attorney," ECF 67 at 1 n.1, based upon United States District Judge Cameron Currie's opinions in *United States v. Comey*, ___ F. Supp. 3d ___, 2025 WL 3266932 (E.D. Va. Nov. 24, 2025), and *United States v. James*, ___ F. Supp. 3d. ___, 2025 WL 3266931 (E.D. Va. Nov. 24, 2025), in which the Court held that "[t]he appointment of Ms. Halligan as Interim U.S. Attorney violated 28 U.S.C. § 546 and the Appointments Clause of the U.S. Constitution." *James*, 2025 WL 3266931, at *13.

Chief Judge Diaz for the Court of Appeals for the Fourth Circuit designated Judge Currie to resolve questions about Ms. Halligan's qualification as United States Attorney in this District pursuant to 28 U.S.C. § 292(b). Judge Currie resolved those questions adversely to the government. Absent a stay, that determination governs. While the government has filed a notice of appeal to challenge Judge Currie's rulings,

it may not simply ignore her determination by continuing to use a title Judge Currie concluded Ms. Halligan does not lawfully hold.

Although Ms. Halligan may also have been appointed as a "Special Attorney" pursuant to 28 U.S.C. § 515, the Attorney General cannot circumvent the Appointments Clause and the statutory scheme governing the appointment of interim and acting U.S. Attorneys by merely vesting the responsibilities of the U.S. Attorney in a "special attorney." *United States v. Giraud*, 160 F.4th 390, 395, 403 (3d Cir. 2025) (noting that special attorneys "assist United States attorneys" and rejecting a "de facto U.S. attorney-by-delegation theory" as inconsistent with statutory scheme); *United States v. Trump*, 740 F. Supp. 3d 1245, 1265 (S.D. Fla. 2024) (rejecting use of 28 U.S.C. § 515 to appoint a special attorney "who does not assist a United States Attorney but who replaces the role of United States Attorney within his jurisdiction").

Accordingly, even if valid, the appointment as a "special attorney" does not justify identification as the U.S. Attorney. Moreover, Judge Currie's opinions "reject[ed] the Attorney General's attempt to retroactively confer Special Attorney status on Ms. Halligan." *Comey*, 2025 WL 3266932, at *11; *James*, 2025 WL 3266931, at *10.

For the reasons set forth by the Court in *United States v. Davante A. Jefferson*, Case No. 3:25-cr-160. ECF 23 (Memorandum Order), we do not believe the issues raised in the motions remain up for debate in this District unless and until Judge Currie's orders are reversed or vacated by the Fourth Circuit or the Supreme Court.

The Court should therefore deny the sealed motion and grant the defense's motions on this issue.

Dated: January 20, 2026.

                                          Respectfully Submitted,

                                          By Counsel,

                                          _____/s/_____
                                          Geremy C. Kamens
                                          Va. Bar No. 41596
                                          Federal Public Defender
                                          Lauren E. S. Rosen
                                          Va. Bar No: 98540
                                          Assistant Federal Public Defender
                                          Office of the Federal Public Defender
                                          1650 King Street, Suite 500
                                          Alexandria, Virginia 22314
                                          (703) 600-0800
                                          (703) 600-0880 (fax)
                                          Geremy_Kamens@fd.org
                                          Lauren_rosen@fd.org