IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:25-cr-00143-AJT-1 |
| MOHAMMAD SHARIFULLAH, | ) |
| | ) |
| *Defendant.* | ) |
| | ) |

**ORDER**

It is hereby

**ORDERED** that the Court will conduct a status conference on Thursday, February 5, 2026 at 9:00 a.m.

The Clerk is directed to forward copies of this Order to all counsel of record.

Alexandria, Virginia
January 30, 2026

/s/
Anthony J. Trenga
United States District Judge