IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MOHAMMAD SHARIFULLAH,<br><br>*Defendant*. | Case No. 1:25-CR-143<br><br>The Honorable Anthony J. Trenga<br><br>Trial Date: April 20, 2026 |

## GOVERNMENT'S EXHIBIT LIST

The United States of America, by and through its attorneys, John T. Gibbs, Avi Panth, Reed Sawyers, Assistant United States Attorneys for the Eastern District of Virginia and Ryan D. White, National Security Division Trial Attorney, hereby submits its exhibit list for the April 20, 2026, trial of the above-captioned defendant.

| EXHIBIT NO. | DESCRIPTION | Admitted | Date | Notes |
|---|---|---|---|---|
| 1-1 | May 7, 2014, FTO Designation of ISIS |  |  |  |
| 1-2 | December 31, 2015, Designation of ISIS-K as an FTO |  |  |  |
| 1-3 | November 2021 Sanaullah Ghafari Notice as a Specially Designated Global Terrorist |  |  |  |
| 1-4 | April 25, 2024, Listing of UN Sanctions for Sanaullah Ghafari |  |  |  |
| 2-1A to 2-1B | Photographs from Nepal Bus Attack Surroundings |  |  |  |
| 2-2A to 2-2F | Photographs from Nepal Bus Attack |  |  |  |
| 2-3A to 2-3B | Photographs from Nepal Bus Attack |  |  |  |
| 3-1 | SOFEX-1041348 OBJ SONO 401 Rollup |  |  |  |
| 3-2 | Business Card |  |  |  |
| 3-3 | Photo of Hard Drive |  |  |  |

| EXHIBIT NO. | DESCRIPTION | Admitted | Date | Notes |
|---|---|---|---|---|
| 3-4 | 5Ws | | | |
| 3-5 | TF 20 Daily Summary | | | |
| 3-6 | FRE 902(11) Business Records Affidavit for Exhibit 3-1 | | | |
| 3-7 | FRE 902(11) Business Records Affidavit for Exhibit 3-5 | | | |
| 4-1 | Ministry of Interior Request (Original) | | | |
| 4-2A | Ministry of Interior Request (Translated) | | | |
| 4-2B | Ministry of Interior Request (Translated) | | | |
| 5-1 | BAF-16-0368 Swab Photo | | | |
| 5-2 | BAF-16-0368 Final DNA Report | | | |
| 5-3 | BAF-16-0368 Electropherogram | | | |
| 5-4 | BAF-16-0368 Table | | | |
| 5-5 | BAF-16-0368 Chain of Custody | | | |
| 5-6 | DNA Hit Table | | | |
| 6-1 | BAF-16-0368 DD Form 2922 | | | |
| 6-2 | BAF-16-0368 DA Form 4137 | | | |
| 6-3 | BAF-19-0812 DD Form 2922 | | | |
| 6-4 | BAF-19-0812 DA Form 4137 | | | |
| 6-5 | FRE 902(11) Business Records Affidavit for Exhibits 6-1 through 6-4 | | | |
| 7-1 | Latent Print Report | | | |
| 7-2A to 7-2C | Photographs of Wire Twists | | | |
| 8-1 | BAF-19-0812 Final DNA Report | | | |
| 8-2 | BAF-19-0812 Electropherogram | | | |
| 8-3 | BAF-19-0812 Table | | | |
| 9-1 | ISIS Media Infrastructure Chart (Demonstrative) | | | |
| 9-2 | Nepal.Comm.Jpeg (In Arabic, Demonstrative) | | | |
| 9-3 | Irfan Photo Jpeg | | | |

| EXHIBIT NO. | DESCRIPTION | Admitted | Date | Notes |
|---|---|---|---|---|
| 9-4 | ISIS Claim of Responsibility for Nepal Attack Translated into English | | | |
| 9-5 | ISIS Claim of Responsibility for Iraqi Embassy Attack Translated into English | | | |
| 9-6 | NDS__Comm Root.PNG for NDS Dept. 90 Attack (In Arabic, Demonstrative) | | | |
| 9-7 | Translated Version of ISIS Claim of Responsibility for NDS Dept. 90 Attack | | | |
| 9-8 | Hallummu English Claim of Responsibility for Marshall Fahim University Attack | | | |
| 9-9 | Translated Version of ISIS Claim of Responsibility for Marshall Fahim University Attack | | | |
| 9-10 | Video from Amaq of the Marshall Fahim University Attack | | | |
| 9-11 | Hallummu English Claim of Responsibility for HKIA attack | | | |
| 9-12 | Translated Version of ISIS Claim of Responsibility for HKIA attack | | | |
| 9-13 | Voice of Khurasan, Issue 1 | | | |
| 9-14 | Voice of Khurasan, Issue 5 | | | |
| 9-15 | Voice of Khurasan, Issue 13 | | | |
| 9-16 | Hallummu English Claim of Responsibility for Uzbek Rocket Attack | | | |
| 9-17 | Translated Version of ISIS Claim of Responsibility for Uzbek Attack | | | |
| 9-18 | Video of Uzbek Rocket Attack | | | |
| 9-19 | Hallummu English Claim of Responsibility for Badakhshan Attack on December 26, 2022 | | | |
| 9-20 | Translated Version of ISIS Claim of Responsibility for Badakhshan Attack | | | |
| 9-21 | Video of Badakhshan Attack | | | |
| 9-22 | Hallummu English Claim of Responsibility for Badakhshan Car Bombing June 6, 2023 | | | |

| EXHIBIT NO. | DESCRIPTION | Admitted | Date | Notes |
|---|---|---|---|---|
| 9-23 | Translated Version of ISIS Claim of Responsibility for June 6, 2023 Car Bombing | | | |
| 9-24 | Hallummu English Claim of Responsibility for Attacking a Funeral Three Days After June 6th Attack | | | |
| 9-25 | Translated Version of ISIS Claim of Responsibility for Funeral Attack | | | |
| 9-26 | Hallummu English Claim or Responsibility for Crocus Hall Attack | | | |
| 9-27 | *Intentionally Omitted* | | | |
| 9-28 | Translated Version of ISIS Claim of Responsibility for Moscow Attack in a Formal Communique | | | |
| 9-29 | Video of Moscow Attack | | | |
| 9-30 | Voice of Khurasan Issue 34 | | | |
| 10-1 | Results of Examination (Jan) | | | |
| 10-2 | Jan Electropherogram | | | |
| 10-3 | Jan Comparison Table (Demonstrative) | | | |
| 10-4 | Results of Examination (Sharifullah) | | | |
| 10-5 | Sharifullah Electropherogram | | | |
| 10-6 | Sharifullah Comparison Table (Demonstrative) | | | |
| 11-1 | Al Jazeera Interview Recording with Translated Subtitles | | | |
| 11-1T | Al Jazeera Interview Recording Transcript | | | |
| 11-2 | Photograph of Defendant from Article | | | |
| 12-1A to 12-1D | Photographs of Crowds at HKIA | | | |
| 12-2 | Kelsee Lainhart's Hand-drawn diagram of scene at HKIA | | | |
| 13-1 | Photograph of Injury | | | |
| 14A to 14U | Photographs of Abbey Gate Attack Site | | | |

| EXHIBIT NO. | DESCRIPTION | Admitted | Date | Notes |
|---|---|---|---|---|
| 15-1 | Post Blast Analysis Abbey Gate Suicide Bombing | | | |
| 15-2A to 15-2G | Photographs from Post Blast Analysis Abbey Gate Suicide Bombing | | | |
| 16-1 | Autopsy Report for Kareem Maelee Grant Nikoui dated August 29, 2021 | | | |
| 16-2 | Autopsy Report for Nicole Leeann Gee dated August 29, 2021 | | | |
| 16-3 | Autopsy Report for Hunter Lopez dated August 29, 2021 | | | |
| 16-4 | Death Certificate For Maxton William Soviak | | | |
| 16-5 | Death Certificate For Johanny Rosario Pichardo | | | |
| 16-6 | Death Certificate For David Lee Espinoza | | | |
| 16-7 | Death Certificate For Christian Knauss | | | |
| 16-8 | Death Certificate For Kareem Maelee Grant Nikoui | | | |
| 16-9 | Death Certificate For Nicole Leeann Gee | | | |
| 16-10 | Death Certificate For Hunter Lopez | | | |
| 16-11 | Death Certificate For Darin Taylor Hoover | | | |
| 16-12 | Death Certificate For Humberto Abiel Sanchez | | | |
| 16-13 | Death Certificate For Jared Marcus Schmitz | | | |
| 16-14 | Death Certificate For Rylee James McCollum | | | |
| 16-15 | Death Certificate For Dylan Ryan Merola | | | |
| 16-16 | Death Certificate For Daegan William-Tyeler Page | | | |
| 16-17 | F.R.E. 902(11) Certificate of Authenticity for Death Certificates in Exhibits 16-4 thru 16-17 | | | |
| 17-1 | Photographs of Victims | | | |

| EXHIBIT NO. | DESCRIPTION | Admitted | Date | Notes |
|---|---|---|---|---|
| 17-2 | Four (4) plastic containers of shrapnel recovered from the body of DARIN TAYLOR HOOVER (ME 21-0191; 1B16)* | | | |
| 17-3 | Nine (9) plastic containers of shrapnel recovered from the body of MAXTON WILLIAM SOVIAK (ME 21-0192; 1B1)* | | | |
| 17-4 | Five (5) plastic containers of shrapnel recovered from the body of JARED MARCUS SCHMITZ (ME 21-0193; 1B2)* | | | |
| 17-5 | Eight (8) plastic containers of shrapnel recovered from the body of DAVID LEE ESPINOZA (ME 21-0194; 1B11)* | | | |
| 17-6 | Seven (7) plastic containers of shrapnel recovered from the body of DYLAN RYAN MEROLA (ME 21-0195; 1B12)* | | | |
| 17-7 | Eight (8) plastic containers of shrapnel recovered from the body of DAEGAN WILLIAM-TYELER PAGE (ME 21-0196; 1B3)* | | | |
| 17-8 | Nine (9) plastic containers of shrapnel recovered from the body of KAREEM MAELEE GRANT NIKOUI (ME 21-0197; 1B4)* | | | |
| 17-9 | Eight (8) plastic containers of shrapnel recovered from the body of HUMBERTO ABIEL SANCHEZ (ME 21-0198; 1B5)* | | | |
| 17-10 | Six (6) plastic containers of shrapnel recovered from the body of JOHANNY ROSARIO PICHARDO (ME 21-0199; 1B55)* | | | |
| 17-11 | Four (4) plastic containers of shrapnel recovered from the body of NICOLE LEEANN GEE (ME 21-0200; 1B14)* | | | |
| 17-12 | One (1) plastic container of shrapnel recovered from the body of RYAN CHRISTIAN KNAUSS (ME 21-0201; 1B6)* | | | |

| EXHIBIT NO. | DESCRIPTION | Admitted | Date | Notes |
|---|---|---|---|---|
| 17-13 | Five (5) plastic containers of shrapnel recovered from the body of RYLEE JAMES McCOLLUM (ME 21-0202; 1B15)* | | | |
| 17-14 | Three (3) plastic containers of shrapnel recovered from the body of HUNTER LOPEZ (ME 21-0203; 1B13)* | | | |
| 17-15 | One (1) helmet and four (4) ballistic plates from MAXTON WILLIAM SOVIAK (ME 21-0192; 1B39)* | | | |
| 17-16 | One (1) helmet from KAREEM MAELEE GRANT NIKOUI (ME 21-0197; 1B20)* | | | |
| 17-17 | One (1) helmet from DYLAN RYAN MEROLA (ME 21-0195; 1B21)* | | | |
| 17-18 | Autopsy Identifier Chart | | | |
| 18-1 | FTOC Physical Examination Report | | | |
| 18-2 | FTOC Log | | | |
| 19-1 | CART Report of Examination | | | |
| 19-2 | One (1) 128 GB Infinix SMART 9 phone, model Infinix X6532, IMEI 1 353903771106927, IMEI 2 353903771106935, color beige, with one (1) clear phone case (1B22)* | | | |
| 19-3 | One (1) 128 Gigabyte (GB) Infinix SMART 8 Pro phone, model Infinix X6525B, IMEI 1 356221705163246, IMEI 2 356221705163253, color blue, with one (1) brown phone case (1B23)* | | | |
| 19-4 | One (1) VGO Tel phone, model S10, IMEI 1 353209117794180, IMEI 2 353209117794198, Serial Number (S/N) VS1012921224310, color black (1B24)* | | | |
| 19-5 | One (1) Nokia phone, model TA-1192, IMEI 1 355777106713872, IMEI 2 355777107713871, color black (1B25)* | | | |

| EXHIBIT NO. | DESCRIPTION | Admitted | Date | Notes |
|---|---|---|---|---|
| 19-6 | One (1) Jazz SIM card with ICCID 8992300001925443934, color white, red, and yellow (1B26)* | | | |
| 19-7 | One (1) Telenor Subscriber Identity Module (SIM) card with Integrated Circuit Card Identifier (ICCID) 006270288487273, color white and blue (1B27)* | | | |
| 20-1A | Signed Miranda Waiver Form in Dari | | | |
| 20-1B | Miranda Waiver Form in English | | | |
| 20-2 | Recorded Interview of Defendant with Translated Subtitles (Advice of Miranda Rights for Interview 1) 08:45 | | | |
| 20-2T | Transcript of Exhibit 20-2 | | | |
| 20-2A | *Intentionally Omitted* | | | |
| 20-2B to 20-2K | Defendant Interview Photos | | | |
| 20-3 | Recorded Interview of Defendant with Translated Subtitles (Names and Aliases) | | | |
| 20-3T | Transcript of Exhibit 20-3 | | | |
| 20-4 | Recorded Interview of Defendant with Translated Subtitles (Older Brother Information) | | | |
| 20-4T | Transcript of Exhibit 20-4 | | | |
| 20-5 | Recorded Interview of Defendant with Translated Subtitles (Dr. Naqibullah) | | | |
| 20-5T | Transcript of Exhibit 20-5 | | | |
| 20-6 | Recorded Interview of Defendant with Translated Subtitles (First Joined ISIS) | | | |
| 20-6T | Transcript of Exhibit 20-6 | | | |
| 20-7 | Recorded Interview of Defendant with Translated Subtitles (Release from Pul-e-Charkhi Prison) | | | |
| 20-7T | Transcript of Exhibit 20-7 | | | |

| EXHIBIT NO. | DESCRIPTION | Admitted | Date | Notes |
|---|---|---|---|---|
| 20-8 | Recorded Interview of Defendant with Translated Subtitles (Following Orders After Prison Release) | | | |
| 20-8T | Transcript of Exhibit 20-8 | | | |
| 20-9 | Recorded Interview of Defendant with Translated Subtitles (Moving Around / Fake ID Card) | | | |
| 20-9T | Transcript of Exhibit 20-9 | | | |
| 20-10 | Recorded Interview of Defendant with Translated Subtitles (Staying with Daesh Member Named Assad) | | | |
| 20-10T | Transcript of Exhibit 20-10 | | | |
| 20-11 | *Intentionally Omitted* | | | |
| 20-12 | Recorded Interview of Defendant with Translated Subtitles (Describing Salary and Various Work for ISIS-K) | | | |
| 20-12T | Transcript of Exhibit 20-12 | | | |
| 20-13 | Recorded Interview of Defendant with Translated Subtitles (Describing Nawab) | | | |
| 20-13T | Transcript of Exhibit 20-13 | | | |
| 20-14 | Recorded Interview of Defendant with Translated Subtitles (Describing Sattar) | | | |
| 20-14T | Transcript of Exhibit 20-14 | | | |
| 20-15 | Recorded Interview of Defendant with Translated Subtitles (Describing Shekib) | | | |
| 20-15T | Transcript of Exhibit 20-15 | | | |
| 20-16 | Recorded Interview of Defendant with Translated Subtitles (Describing Samir) | | | |
| 20-16T | Transcript of Exhibit 20-16 | | | |
| 20-17 | *Intentionally Omitted* | | | |
| 20-18 | Recorded Interview of Defendant with Translated Subtitles (Describing the Nepal Attack) | | | |
| 20-18T | Transcript of Exhibit 20-18 | | | |

| EXHIBIT NO. | DESCRIPTION | Admitted | Date | Notes |
|---|---|---|---|---|
| 20-19 | *Intentionally Omitted* | | | |
| 20-20 | Recorded Interview of Defendant with Translated Subtitles (Describes Other Shashdarak Attack) | | | |
| 20-20T | Transcript of Exhibit 20-20 | | | |
| 20-21 | Recorded Interview of Defendant with Translated Subtitles (National Radio and TV Attack) | | | |
| 20-21T | Transcript of Exhibit 20-21 | | | |
| 20-22 | Recorded Interview of Defendant with Translated Subtitles (Describing Attack and Looking at Photos) | | | |
| 20-22T | Transcript of Exhibit 20-22 | | | |
| 20-22A | Photograph of Dr. Shahab a/k/the Engineer | | | |
| 20-23 | Recorded Interview of Defendant with Translated Subtitles (Attack on National Army Center at Charahi Qambar) | | | |
| 20-23T | Transcript of Exhibit 20-23 | | | |
| 20-23A to 20-23C | Dari Documents shown to Defendant | | | |
| 20-24 | Recorded Interview of Defendant with Translated Subtitles (Release from Prison / Airport Attack and Writing a Surreptitious Note) | | | |
| 20-24T | Transcript of Exhibit 20-24 | | | |
| 20-25 | Recorded Interview of Defendant with Translated Subtitles (Attack at Marshal Fahim University) | | | |
| 20-25T | Transcript of Exhibit 20-25 | | | |
| 20-26 | Recorded Interview of Defendant with Translated Subtitles (Logari and the HKIA Attack) | | | |
| 20-26T | Transcript of Exhibit 20-26 | | | |
| 20-27 | Recorded Interview of Defendant with Translated Subtitles (More on Logari and the HKIA Attack) | | | |

| EXHIBIT NO. | DESCRIPTION | Admitted | Date | Notes |
|---|---|---|---|---|
| 20-27T | Transcript of Exhibit 20-27 | | | |
| 20-28 | Recorded Interview of Defendant with Translated Subtitles (Details About the HKIA Attack) | | | |
| 20-28T | Transcript of Exhibit 20-28 | | | |
| 20-29 | Recorded Interview of Defendant with Translated Subtitles (Suicide Vest Description) | | | |
| 20-29T | Transcript of Exhibit 20-29 | | | |
| 20-30 | Recorded Interview of Defendant with Translated Subtitles (Discussion of Defendant's Handwritten Note) | | | |
| 20-30T | Transcript of Exhibit 20-30 | | | |
| 20-30A to 20-30C | Handwritten Note | | | |
| 20-31 | *Intentionally Omitted* | | | |
| 20-32 | Recorded Interview of Defendant with Translated Subtitles (Describing Logari and Identifying His Photo) | | | |
| 20-32T | Transcript of Exhibit 20-32 | | | |
| 20-32A to 20-32B | Photographs of Logari | | | |
| 20-33 to 20-35 | *Intentionally Omitted* | | | |
| 20-36 | Recorded Interview of Defendant with Translated Subtitles (Identifies Moscow Attackers and Describes the Attack) | | | |
| 20-36T | Transcript of Exhibit 20-36 | | | |
| 20-36A | Photograph of four Moscow attackers | | | |
| 20-37 | Recorded Interview of Defendant with Translated Subtitles (Cannot Say How Many Members in Daesh) | | | |
| 20-37T | Transcript of Exhibit 20-37 | | | |

| EXHIBIT NO. | DESCRIPTION | Admitted | Date | Notes |
|---|---|---|---|---|
| 20-38 | Recorded Interview of Defendant with Translated Subtitles (Not Allowed to Connect Randomly with ISIS-K Members) | | | |
| 20-38T | Transcript of Exhibit 20-38 | | | |
| 20-39 | Recorded Interview of Defendant with Translated Subtitles (Identifies His Alokozay Identity Card) | | | |
| 20-39T | Transcript of Exhibit 20-39 | | | |
| 20-40 | Recorded Interview of Defendant with Translated Subtitles (Defendant's 2019 Arrest by Afghan Civilians for Shooting a Video. Kabul Radio and TV Attack / Uzbekistan and Badakhshan) | | | |
| 20-40T | Transcript of Exhibit 20-40 | | | |
| 20-41 | Recorded Interview of Defendant with Translated Subtitles (Second Badakhshan Attack) | | | |
| 20-41T | Transcript of Exhibit 20-41 | | | |
| 20-42 | Recorded Interview of Defendant with Translated Subtitles (Location of Training Camps) | | | |
| 20-42T | Transcript of Exhibit 20-42 | | | |
| 20-43 | Recorded Interview of Defendant with Translated Subtitles (ISIS-K Members in the West) | | | |
| 20-43T | Transcript of Exhibit 20-43 | | | |
| 20-44 | Recorded Interview of Defendant with Translated Subtitles (Who Plans Attacks / Interview Starts to Wrap Up) | | | |
| 20-44T | Transcript of Exhibit 20-44 | | | |
| 20-45 to 20-46 | *Intentionally Omitted* | | | |
| 20-47 | Recorded Interview of Defendant with Translated Subtitles (Nepal Attack) | | | |
| 20-47T | Transcript of Exhibit 20-47 | | | |

| EXHIBIT NO. | DESCRIPTION | Admitted | Date | Notes |
|---|---|---|---|---|
| 20-48 | Recorded Interview of Defendant with Translated Subtitles (HKIA Attack) | | | |
| 20-48T | Transcript of Exhibit 20-48 | | | |
| 20-49 | Recorded Interview of Defendant with Translated Subtitles (HKIA and Drawing on a Photograph) | | | |
| 20-49T | Transcript of Exhibit 20-49 | | | |
| 20-49A | Photograph with Defendant Drawings | | | |
| 20-50 | Recorded Interview of Defendant with Translated Subtitles (Recent Stint in Prison May Have Affected His Role in HKIA) | | | |
| 20-50T | Transcript of Exhibit 20-50 | | | |
| 20-51 | Recorded Interview of Defendant with Translated Subtitles (Denies Knowledge of HKIA Attack Planning) | | | |
| 20-51T | Transcript of Exhibit 20-51T | | | |
| 20-52 | Recorded Interview of Defendant with Translated Subtitles (Aftermath of HKIA) | | | |
| 20-52T | Transcript of Exhibit 20-52 | | | |
| 20-53 | Recorded Interview of Defendant with Translated Subtitles (Talks About Baghdadi, Ghafari, and the Nepal Attack) | | | |
| 20-53T | Transcript of Exhibit 20-53 | | | |
| 20-54 | Recorded Interview of Defendant with Translated Subtitles (Anything to Correct) | | | |
| 20-54T | Transcript of Exhibit 20-54 | | | |
| 20-55 | Recorded Interview of Defendant with Translated Subtitles (Explains Deleting His Phone Quickly) | | | |
| 20-55T | Transcript of Exhibit 20-55 | | | |
| 20-56 | Recorded Interview of Defendant with Translated Subtitles (Describes Two Other Phones) | | | |
| 20-56T | Transcript of Exhibit 20-56 | | | |

| EXHIBIT NO. | DESCRIPTION | Admitted | Date | Notes |
|---|---|---|---|---|
| 20-57 | Recorded Interview of Defendant with Translated Subtitles (Consents to Surrender His Phone) | | | |
| 20-57T | Transcript of Exhibit 20-57 | | | |
| 20-58 | Recorded Interview of Defendant with Translated Subtitles (Signs Consent Form and Says He Erased the Phone) | | | |
| 20-58T | Transcript of Exhibit 20-58 | | | |
| 20-59 | Recorded Interview of Defendant with Translated Subtitles (Describes How He Erased the Phone) | | | |
| 20-59T | Transcript of Exhibit 20-59 | | | |
| 20-60 | Recorded Interview of Defendant with Translated Subtitles (Interview Concludes) | | | |
| 20-60T | Transcript of Exhibit 20-60 | | | |
| 20-61 to 20-63 | *Intentionally Omitted* | | | |
| 20-64 | Recorded Interview of Defendant with Translated Subtitles (Miranda Waiver for Interview 3 and Some Corrections) | | | |
| 20-64T | Transcript of Exhibit 20-64 | | | |
| 20-65 | Recorded Interview of Defendant with Translated Subtitles (Last Order Was to Look for the Taliban Leaders) | | | |
| 20-65T | Transcript of Exhibit 20-65 | | | |
| 20-66 | Recorded Interview of Defendant with Translated Subtitles (Pul-e-Charkhi Attack) | | | |
| 20-66T | Transcript of Exhibit 20-66 | | | |
| 20-67 to 20-68 | *Intentionally Omitted* | | | |
| 20-69 | Recorded Interview of Defendant with Translated Subtitles (Talks About Training Camps in Balochistan) | | | |
| 20-69T | Transcript of Exhibit 20-69 | | | |

| EXHIBIT NO. | DESCRIPTION | Admitted | Date | Notes |
|---|---|---|---|---|
| 20-70 | Recorded Interview of Defendant with Translated Subtitles (Denies Aiding Logari in the HKIA Attack) | | | |
| 20-70T | Transcript of Exhibit 20-70 | | | |
| 20-71 | Recorded Interview of Defendant with Translated Subtitles (Not an Authority Figure in ISIS-K) | | | |
| 20-71T | Transcript of Exhibit 20-71 | | | |
| 20-72 | Recorded Interview of Defendant with Translated Subtitles (Said He Just Surveilled HKIA) | | | |
| 20-72T | Transcript of Exhibit 20-72 | | | |
| 20-73 to 20-79 | *Intentionally Omitted* | | | |
| 20-80 | Recorded Interview of Defendant with Translated Subtitles (Has Done Attacks for Daesh and Describes the Russia Attack) | | | |
| 20-80T | Transcript of Exhibit 20-80 | | | |
| 20-81 | *Intentionally Omitted* | | | |
| 20-82 | Recorded Interview of Defendant with Translated Subtitles (Abu Manzir Planned the Moscow Attack) | | | |
| 20-82T | Transcript of Exhibit 20-82 | | | |
| 20-83 | Recorded Interview of Defendant with Translated Subtitles (Describes the 5-6 Steps That Go into a Terrorist Attack) | | | |
| 20-83T | Transcript of Exhibit 20-83 | | | |
| 20-84 to 20-85 | *Intentionally Omitted* | | | |
| 20-86 | Recorded Interview of Defendant with Translated Subtitles (More on HKIA) | | | |
| 20-86T | Transcript of Exhibit 20-86 | | | |
| 21-1 | Blank Map Depicting Nepal Attack Site | | | |
| 21-2 | Map Depicting Nepal Attack Site | | | |
| 21-3 | Afghanistan Overview Map | | | |

| EXHIBIT NO. | DESCRIPTION | Admitted | Date | Notes |
|---|---|---|---|---|
| 21-4 | Map depicting Kabul and Districts | | | |
| 21-5 | Map of Kabul City Police Districts | | | |
| 21-6 | HKIA map Sharifullah recreation | | | |
| 21-7 | HKIA Attack Map | | | |
| 21-8 | Uzbek Rocket Attack Map | | | |
| 21-9 | Badakhshan Attack Maps | | | |
| 21-10 | Crocus City Hall Attack Map | | | |
| 21-11 | Afghan Based Attack Maps | | | |
| 22-1 | Report of Examination, March 31, 2026, by Anthony Imel Re: Questioned Vehicle from EX 9-21 (Amaq Video) | | | |
| 22-2A to 22-2C | Photographs from Report of Examination, March 31, 2026 | | | |
| 22-3 | Screenshot of Video of Badakhshan Attack | | | |
| 23 | *Intentionally Omitted* | | | |
| 24-1 | Stipulation for Arabic Translations | | | |
| | | | | |
| | | | | |

*Physical exhibits to be produced at trial.

Respectfully submitted,

TODD W. BLANCHE
Acting Attorney General

By: _____/s/_____
Avi Panth
Virginia Bar Number 92450
John T. Gibbs
Virginia Bar Number 40380
Reed Sawyers
D.C. Bar Number 90018498
Assistant United States Attorneys
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703) 299-3700
Fax: (703) 299-3982
Avishek.Panth@usdoj.gov

JOHN A. EISENBERG
Assistant Attorney General for National Security

Ryan D. White
D.C. Bar Number 1655918
Trial Attorney
Counterterrorism Section
National Security Division
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington D.C. 20530
Phone: (202) 514-0849
Fax: (202) 514-8714
Ryan.White@usdoj.gov