**FEDERAL PUBLIC DEFENDER**
EASTERN DISTRICT OF VIRGINIA
1650 KING STREET, SUITE 500
ALEXANDRIA, VIRGINIA 22314
TELEPHONE: (703) 600-0800
FAX: (703) 600-0880

**S/ES-EX**

**202b APR -3 P 5: 11**

*Geremy Kamens*
*Federal Public Defender*

**DEPARTMENT OF STATE**
*Assistant Federal Public Defender*
*Direct Line (703) 600-0819*

March 27, 2026

SERVICE ACCEPTED IN
OFFICIAL CAPACITY INLY
4.7.7b
EXECUTIVE DIRECTOR
OFFICE OF THE LEGAL ADVISER

Lisa D. Kenna
Executive Secretary of the United States Department of State
2201 C St. NW, room 1464
Washington, DC 20520

RE:    **Jayne Howell, Deputy Chief Of Mission, U.S. Embassy, Colombo, Sri Lanka**

Dear Ms. Kenna,

Pursuant to 22 C.F.R. § 172.2 (a), attached is a subpoena for State Department employee Jayne Howell to appear before the United States District Court for the Eastern District of Virginia, Alexandria Division, as a witness for the defense in United States v. Sharifullah, Case No. 1:25-CR-0143

We are counsel for the defense, and our direct telephone number and address are listed above. Counsel for the prosecution is John Gibbs, Assistant U.S. Attorney, 2100 Jamieson Ave., Alexandria, VA 22314.  Mr. Gibbs' telephone number is 703-299-3700.

The statement below by counsel affirms the reasons we seek Jayne Howell testimony and serves as notice from the party seeking the testimony at these proceedings.

Jayne Howell must appear on April 20th, 2026, at 10:00 a.m. in the courtroom of U.S. District Judge Anthony J. Trenga, room 900, 401 Courthouse Sq., Alexandria, VA 22314.   However, depending upon authorization by the district court, it may be possible to present Ms. Howell's testimony by video.

Ms. Howell will be questioned regarding her work in August 2021 in Kabul, Afghanistan. Specifically, her testimony regarding the circumstances leading up to the bombing of the Hamid Karzai International Airport on August 26, 2021, is necessary at the trial.   She will be entitled to an attendance fee and mileage in accordance with 28 U.S.C. § 1821.

We thank you for your attention to the above matter.

Respectfully,

Geremy Kamens,
Federal Public Defender

Lauren Rosen,
Assistant Federal Public Defender

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Mahommad Sharifullah | ) | Case No.  25cr0143 |
| | ) | |
| _Defendant_ | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:    **Jayne Howell**
       **Deputy Chief Of Mission**
       **U.S. Embassy**
       **Colombo, Sri Lanka**

   **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Albert V. Bryan U.S. Courthouse 401 Courthouse Square, Alexandria, VA 22314 | Courtroom No.: | Hon. Judge Trenga CR 900 |
|---|---|---|---|
| | | Date and Time: | 04/20/2026 ~~9:00 am~~  10:00 A.m. PV |

   You must also bring with you the following documents, electronically stored information, or objects _(blank if not applicable)_:

(SEAL)

Date:  MAR 23 2026

CLERK OF COURT

_Signature of Clerk or Deputy Clerk_

The name, address, e-mail, and telephone number of the attorney representing _(name of party)_    Mohammad Sharifullah
_____ , who requests this subpoena, are:

Geremy Kamens, Esq. and Lauren Rosen, Esq.
Federal Public Defender and Assistant Federal Public Defender
Office of the Federal Public Defender
1650 King Street, suite 500
Alexandria, VA 22314
geremy_kamens@fd.org / lauren_rosen@fd.org
(703) 600-0800

Case No.   25cr0143

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐  I served the subpoena by delivering a copy to the named person as follows: _____

_____        on *(date)* _____ ; or

☐  I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: