IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA          )
                                  )          No. 1:25-CR-143
         v.                       )
                                  )          The Hon. Anthony J. Trenga
MOHAMMAD SHARIFULLAH              )
                                  )          Trial: April 20, 2026
         *Defendant.*             )

TRIAL EXHIBIT CUSTODY FORM

Government Exhibits 1-1 – 24-1 were received on this 15th day of April, 2026.

_____
Signature of person receiving exhibits

-----------------------------------------------------------------------------------------------------------

I certify that the exhibits being submitted to the court are those listed on the exhibit list filed at this time.

_____
Signature person certifying