# UNITED STATES DISTRICT COURT
## CRIMINAL JURY TRIAL – DAY 7

Date**: 4/28/2026**
Time: **9:37-12:02**
 **2:26-2:32**
 **2:54-3:13**
 **4:57-5:04**
 **5:35-5:38**

Case No.**:**   **1:25-CR-143**
Judge**:**   **Hon. Anthony J. Trenga**
Reporter **:**   **Rhonda Montgomery**
Deputy Clerk:  **Dani Zirk**
Interpreter**:**   **A.R. and Nina Habibi**
Language**:**   **Dari**

## UNITED STATES of AMERICA

   V.

## MOHAMMAD SHARIFULLAH

Counsel for Defendant
**Geremy Kamens**
**Lauren Rosen**

Counsel for Government
**John Gibbs**
**Avishek Panth**
**Ryan White**
**James Reed Sawyers**

THIS CASE CAME ON FOR TRIAL BY JURY.  APPEARANCE OF COUNSEL FOR THE GOVERNMENT AND DEFENDANTS.  THE JURY APPEARED AS SUMMONED AND SWORN ON VOIR DIRE. THE FOLLOWING JURORS WERE SWORN TO TRY THE ISSUE:   Jury List provided to Jury Clerk.

PROCEEDINGS:

Rule invoked on witnesses [**X**]     Opening statements made [   ]

Government adduced evidence and rests [   ] Motions:

Defendant adduced evidence and rests [   ] Motions:

Rebuttal evidence adduced [   ]   Sur-Rebuttal evidence adduced [   ]   Evidence concluded [   ]

Closing arguments heard [**X**]     Jury charged [**X**]     Jury retired to deliberate [**X**]

Jury returned to the courtroom with a verdict of:

Jury polled [   ]     Jury discharged [   ]     Jury verdict filed in open court [   ]

Defendant remanded [**X**]     Defendant(s) continued on present bond [   ]
PSIR ordered [   ]     Defendant(s) directed to report to P.O. [   ]

Case Continued To: Wednesday, 4/29/2026 at 9:30 a.m.     For: Jury Trial (Day 8)