IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MOHAMMAD SHARIFULLAH,<br><br>*Defendant.* | Case No. 1:25-CR-143<br><br>The Honorable Anthony J. Trenga<br><br>Trial Date: April 20, 2026 |

## GOVERNMENT'S LIST OF TRIAL WITNESSES

1. Bruce Hoffman, Georgetown University: 4|20 : 3:30 - 3:57 | 4:24 - 4:54
2. Prem Chhetri, security guard at Canadian Embassy in Kabul, Afghanistan (former) 4|20:3:22 - 3:30
3. Krishna Deuja, security guard at Canadian Embassy in Kabul, Afghanistan (former) 4|20: 2:53 - 3:21
4. Luke Biggs, United States Special Operations Command - 4|20 : 5:03 - 5:30
5. General Zalmai Mangal, Afghan Ministry of Interior (former)
6. Misty Jones, United States Army Criminal Investigation Laboratory
7. Heath Mooney, U.S. Air Force (former)
8. Andra Johnson, United States Army Criminal Investigation Laboratory
9. Flavia Schamber, United States Army Criminal Investigation Laboratory (former)
10. Tyler Treml, SITE Intelligence Group - 4|22 - 9:42 - 11:10
11. Felicia Stephenson, United States Army Criminal Investigation Laboratory
12. Agnieszka Pikulicka-Wilczewska, journalist - 4|21 - 10:22 - 11:18 | 11:48 - 12:10
13. Kelsee Lainhart, United States Marine Corps (former) 4|21 - 12:40 - 1:07
14. Michael Gretzon, United States Marine Corps (former) 4|21 - 2:48 - 3:11
15. Kenneth Boatwright, United States Marine Corps 4|21 - 2:25 - 2:47
16. Michael Lance Palmer, United States Marine Corps 4|21 - 3:11 - 3:52
17. Deputy Director Dr. Christopher Gordon, Armed Forces Medical Examiner System 4|21 - 3:52 - 4:18 + 4:42 - 4:45
18. Michael Garza, U.S. Department of War
19. Special Agent Jeremy Obie, Federal Bureau of Investigation 4|21 : 12:11 - 12:37
20. Special Agent Wyatt Tackett, Federal Bureau of Investigation 4|21: 4:47 - 5:11
21. Digital Forensic Examiner Gabriela Mancini, Federal Bureau of Investigation 4|21 :9:40 - 9:56
22. Intelligence Analyst Ryan Dourand, Federal Bureau of Investigation
23. Special Agent Austin Price, Federal Bureau of Investigation
24. Kaniskha Bakhshi, Federal Bureau of Investigation - 4|22 - 11:42 - 12:16
25. Warrant Officer Benjamin Wright, United Kingdom Ministry of Defence 4|20 - 5:30 - 5:47
26. Colonel Mohammad Ghani, Afghan National Directorate of Security (former)
27. Forensic Examiner Anthony R. Imel, Federal Bureau of Investigation.

S.A. Austin Price: 4|22: 12:17 - 1:00; 2:06 - 3:35; 4:10 - 5:42
4|23: 9:37 - 11:27; 11:53 - 12:57; 2:17 - 3:51; 4:11 - 4:52

Respectfully submitted,

TODD W. BLANCHE
Acting Attorney General

By: _____/s/_____

Avi Panth
Virginia Bar Number 92450
John T. Gibbs
Virginia Bar Number 40380
Reed Sawyers
D.C. Bar Number 90018498
Assistant United States Attorneys
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703) 299-3700
Fax: (703) 299-3982
Avishek.Panth@usdoj.gov

JOHN A. EISENBERG
Assistant Attorney General for National Security

Ryan D. White
D.C. Bar Number 1655918
Trial Attorney
Counterterrorism Section
National Security Division
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington D.C. 20530
Phone: (202) 514-0849
Fax: (202) 514-8714
Ryan.White@usdoj.gov