## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **Criminal No. 1:25-cr-143** |
| v. | ) | |
| | ) | **Hon. Anthony J. Trenga** |
| MOHAMMAD SHARIFULLAH, | ) | |
| | ) | |
| Defendant. | ) | **Trial Date: April 20, 2026** |

## DEFENDANT'S WITNESS LIST

#3 1. Colonel Steven M. Kleinman  3:52 - 4:59 (4/27)

#2 2. Professor Michael Semple  11:53 - 1:00 | 2:10 - 3:17 (4/27)

3. Professor Dan Krane

#1 4. Ali Hassani  9:37 - 11:11 (4/27)

5. Deputy Chief of Mission Jayne Howell

6. Pascual Velarde

1