# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 1:25-cr-143 |
| v.          ) | |
| ) | Hon. Anthony J. Trenga |
| MOHAMMAD SHARIFULLAH, ) | |
| ) | |
| Defendant.          ) | Trial Date: April 20, 2026 |

## DEFENDANT'S TRIAL EXHIBIT LIST

Defendant, Mohammad Sharifullah, by and through counsel, submits this Exhibit List. This list contains those exhibits that defendant anticipates potentially admitting into evidence at trial, or using for the purposes of refreshing recollection, at this time. Mr. Sharifullah reserves the right to supplement this list or use other exhibits as evidence is admitted.

| DE # | Description | Offered | Admitted |
|---|---|---|---|
| 1 | United States Central Command Report | | |
| 2 | United States Department of State – Pakistan 2024 Human Rights Report | ✓ | 4/27 |
| 3A-3C | CIPA Section 4 Summaries | | |
| 4A-4M | CIPA Section 5 Summaries  4D, 4E, 4F, 4L, 4M | ✓ | 4/28 |
| 5 | United States Central Command Interview | | |
| 6 | Post Blast Analysis Orientation – View From South Abbey Gate Tower | ✓ | 4/27 - A.H. |
| 7 | Photograph of the Traffic Circle | | |
| 8A-8H | Photographs from outside Hamid Karzai International Airport (HKIA) | ✓ | 4/27 - A.H. |
| 8A, 8B, 8E, 8G, 8H | | | |

| #9 | Hand-circled Map | ✓ | 4-27-A.H. |
|----|------------------|---|-----------|
|    |                  |   |           |
|    |                  |   |           |
|    |                  |   |           |

Respectfully Submitted,

**MOHAMMAD SHARIFULLAH**

By Counsel,

_____/s/_____
Geremy C. Kamens
Va. Bar No. 41596
Federal Public Defender
Lauren E. S. Rosen
Va. Bar No. 98540
Assistant Federal Public Defender
Office of the Federal Public Defender
1650 King Street, Suite 500
Alexandria, Virginia 22314
Telephone: (703) 600-0800
Facsimile: (703) 600-0880
Geremy_Kamens@fd.org
Lauren_Rosen@fd.org