CLARIFICATION OF INSTRUCTION #23

YOU MAY NOT CONVICT SOLELY UPON HIS OWN UNCORROBORATED STATEMENT OR ADMISSION.

IF WE BELIEVE THE DEFENDANT PLAYED A PART IN THE ATTACK AND IF WE BELIEVE HE IS AN ISIS K MEMBER AND THAT ISIS K DID THE ATTACK IS THAT CORROBORATION.

PLAYED A PART FROM HIS INTERVIEWS

Received
by AJT
4/28/26
at 1:58 PM

CAN WE SEE THE
NON VERIFIED INTELEGONCE
REPORT THAT WAS READ OUT
YESTERDAY

Received
4/28/26
2:46PM

Received
4/25/26
3:08 PM

STATMENT OF
DECLASSIFIED
NON VERIFIED
INTELIGENCE

PRESENTED IN
COURT YESTERDAY BY PUBLIC DEFENDERS
OFFICE

(4.D + 4.E)?

WHAT WILL HAPPEN IF WE CANNOT COME TO AN UNANIMOUS VERDICT ON COUNT #2

Received
4/28/.29
4:47PM

WE HAVE AN UNANIMOUS VERDICT
ON COUNT #1

WE ARE, AND HAVE BEEN FOR SOME TIME,
DEADLOCKED ON COUNT #2 AND
IT IS AN UNANIMOUS VERDICT WILL
NOT BE REACHED.

18 U=

Received
4/29/85
@ 1:16 PM