IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA,

vs.

Case No.: 1:25-CR-143

MOHAMMAD SHARIFULLAH

Defendant.

### TRIAL EXHIBIT CERTIFICATE OF REVIEW

We, the undersigned counsel have reviewed the trial exhibits as admitted by the Court and find that the exhibits in the custody of the Clerk are appropriate to go to the jury for their deliberation.

_____ Av. Panth
Counsel for Government

_____
Counsel for Defendant

April 28, 2026
Date

Alexandria, Virginia
cc: All counsel