FILED
IN OPEN COURT

APR 29 2026

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:25-cr-143-AJT |
| | ) | |
| MOHAMMAD SHARIFULLAH, | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

## VERDICT FORM

As to the charge of conspiracy to provide material support or resources to a designated foreign terrorist organization, we, the jury, unanimously find the defendant, Mohammad Sharifullah:

Not Guilty:_____    Guilty:__✓__

If you find the defendant guilty in Count One, please indicate whether you unanimously find that the death of either a U.S. Service member or an Afghan civilian, at the Hamid Karzai International Airport on August 26, 2021, resulted from that conspiracy.

Not Proven:_____    Proven:___ DEADLOCKED

So, Say We All, this 29TH day of APRIL, 2026

46