IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA,

      Plaintiff.

      V.                         Case Number: 1:25-CR-143

MOHAMMAD SHARIFULLAH,

      Defendants.

**O R D E R**

The parties are hereby directed to maintain all exhibits offered and admitted in the above

entitled case during the trial until further order of the Court; and

IT IS ORDERED that the clerk is hereby relieved of all responsibility for said exhibits and

that upon request of the clerk, the custodian of the exhibits shall deliver said exhibits to the clerk

forthwith.

Entered this __28th__ day of __April__, 2026.

                                     /s/
                              Anthony J. Trenga
                              Senior United States District Judge

Alexandria, Virginia
cc: All counsel