**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | |
| **v.** | **)** | **Case No. 1:25-cr-143** |
| | **)** | **The Honorable Anthony J. Trenga** |
| **MOHAMMAD SHARIFULLAH,** | **)** | |
| | **)** | |
| **Defendant** | **)** | |

### MOHAMMAD SHARIFULLAH'S PARTIAL RENEWAL OF MOTION FOR JUDGMENT OF ACQUITTAL AND WITHDRAWAL OF MOTION WITH RESPECT TO FINAL VERDICT ON MATERIAL SUPPORT OF A FOREIGN TERRORIST ORGANIZATION WITH A MAXIMUM SENTENCE OF 20 YEARS OF IMPRISONMENT

Federal Rule of Criminal Procedure 29(c) provides that a defendant may renew a motion for judgement of acquittal "within 14 days after a guilty verdict or after the court discharges the jury[.]" Fed. R. Crim. P. 29(c)(1).

Mohammad Sharifullah, by counsel, renews his Rule 29 Motion as to the death-resulting element charged in the indictment on the ground that the evidence was insufficient to establish that the offense of conviction constituted an actual cause of any death at Abbey Gate on August 26, 2021, and that no corroborating evidence supports the trustworthiness of Mr. Sharifullah's statement that he scouted Airport Road near Hamid Karzai International Airport on August 26, 2021. *See United States v. Abu Ali*, 528 F.3d 210, 237 (4th Cir. 2008) (stating that corroborative evidence must support "the essential facts admitted" and tend to establish trustworthiness of confession); *United States v. Stephens*, 482 F.3d 669, 672-73 (4th Cir. 2007) (holding that corroborative evidence failed to support "admitted fact" that defendant was

engaged in drug trade or "necessary link" to alleged co-conspirator); *United States v. Rodriguez-Soriano*, 931 F.3d 281, 290 (4th Cir. 2019) (noting that uncorroborated confession rule applies "where the 'confessions or admissions constitute[] the only evidence linking [a defendant] to criminal conduct"). Mr. Sharifullah will supplement these arguments by May 29, 2026, in the post-trial briefing directed by the Court.

Mr. Sharifullah withdraws his Rule 29 Motion with respect to the jury's final verdict of guilt as to the violation of 18 U.S.C. § 2339B with a 20-year maximum sentence. Specifically, Mr. Sharifullah withdraws his Rule 29 Motion as to that final verdict based upon the arguments that the confession to involvement in a general conspiracy to provide material support to ISIS-K was insufficiently corroborated and that the evidence established a variance from the indictment based upon multiple conspiracies.

Respectfully submitted,

By Counsel,
_____/s/_____
Geremy C. Kamens
Va. Bar No. 41596
Federal Public Defender
Lauren E. S. Rosen
VA Bar No: 98540
Assistant Federal Public Defender
Office of the Federal Public Defender
1650 King Street, Suite 500
Alexandria, Virginia 22314
(703) 600-0800
(703) 600-0880 (fax)
Lauren_Rosen@fd.org
Geremy_Kamens@fd.org

2